AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2007 AUG -3 PM 2:52

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:94-cr-146-J-25MMH<br>3:95-cr-18-J-25TEM<br>USM NUMBER: 16933-018 |
| JULIAN WAYNE ANDREU | Defendant's Attorney: James H. Burke (pda) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One through Five__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Petty Theft. | February 12, 2005 |
| Two | Grand Theft Auto. | July 7, 2005 |
| Three | Battery on Law Enforcement Officer. | November 6, 2005 |
| Four | Submission of monthly report containing untruthful information. | May 4, 2005 |
| Five | Positive urinalysis for cocaine, morphine, hydromorphone, and oxycodone. | June 3, 2005 and June 17, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 3, 2007

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

DATE: August 3, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Defendant:      JULIAN WAYNE ANDREU                                      Judgment - Page 2 of 2
Case No.:       3:94-cr-146-J-25MMH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months as to each case, said terms to run concurrently, and one (1) year to run consecutively to the state-imposed imprisonment term the Defendant is presently serving.**

__X__  The Court makes the following recommendations to the Bureau of Prisons: the state institution where the Defendant is presently incarcerated.

__X__  The defendant is remanded to the custody of the United States Marshal.

____  The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.   p.m.   on _____.

  ____ as notified by the United States Marshal.

____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL